**[J-61-2022]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 16 WAP 2022 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Superior Court entered October 25, |
| | : | 2021, at No. 355 WDA 2021, |
| v. | : | quashing the appeal from the Order |
| | : | of the Court of Common Pleas of |
| | : | Blair County entered March 10, |
| DAMIEN A. GREEN, | : | 2021, at No. CP-07-CR-0000638- |
| | : | 2020 |
| Appellant | : | |
| | : | ARGUED:  October 25, 2022 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of October, 2022, the order of the Superior Court, dated October 25, 2021, is **AFFIRMED**, and the matter is **REMANDED** directly to the Court of Common Pleas of Blair County (trial court) for immediate entry of an order by the clerk of courts pursuant to Pennsylvania Rule of Criminal Procedure 597(D), from which the defendant may wish to seek an interlocutory appeal by permission to the Pennsylvania Superior Court pursuant to Chapter 13 of the Pennsylvania Rules of Appellate Procedure. *See* Pa.R.Crim.P. 597(D) ("If the judge does not render a decision within 20 days of the conclusion of the hearing [on a motion requesting transfer from criminal proceedings to juvenile proceedings], the motion for transfer shall be denied by operation of law.  The clerk of courts immediately shall enter an order on behalf of the judge.")  The Office of the Prothonotary of the Supreme Court shall promptly **REMIT** the record directly to the trial court.  Opinion(s) of the Supreme Court to follow.

    Jurisdiction relinquished.